ROCKY C. TSAI (SBN 221452)
(rocky.tsai@ropesgray.com)
**ROPES & GRAY LLP**
Three Embarcadero Center
San Francisco, CA 94111-4006
Telephone: (415) 315-6300
Facsimile: (415) 315-6350

Attorneys for Plaintiffs Wells Fargo Bank, N.A., as Trustee, *et al.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| WELLS FARGO BANK, NATIONAL ASSOCIATION, as Trustee, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF RICHMOND, CALIFORNIA, a municipality; and MORTGAGE RESOLUTION PARTNERS LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. CV-13-3663-CRB<br><br>**ORDER GRANTING JOINT STIPULATED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>**[Civil L.R. 3-12, 7-11 & 7-12]**<br><br>Honorable Charles R. Breyer |

**ORDER**

A Joint Stipulated Motion for Administrative Relief to Consider Whether Cases Should be Related per Civil L.R 3-12 and 7-11, with an accompanying stipulation per Civil L.R. 7-12, has been submitted for this Court's consideration. As the Judge assigned to the earlier-filed case bearing my initials as indicated below (CV 13-03663-CRB), I find that the cases set forth below are related pursuant to Civil L.R 3-12, and hereby order that the later-filed case (CV 13-03664-JCS) shall be reassigned to me pursuant to Civil Local Rule 3-12(f):

CV 13-03663-CRB  *Wells Fargo Bank, N.A., as Trustee, et al. v. City of Richmond et al.*

CV 13-03664-JCS  *The Bank of New York Mellon, as Trustee, on behalf of the Trusts listed in Exhibit A to the Joint Administrative Motion, et al. v. City of Richmond et al.*

**IT IS SO ORDERED**.

Dated: August 23, 2013

_____
The Honorable
United States



[PROPOSED] ORDER GRANTING JOINT STIPULATED ADMINISTRATIVE MOTION TO RELATE CASES
Case No. CV-13-3663-CRB