IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

THE BANK OF NEW YORK MELLON (f/k/a The Bank of New York) and THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. (f/k/a The Bank of New York Trust Company, N.A.), as Trustees, et al.,

    Plaintiffs,

v.

CITY OF RICHMOND, et al.,

    Defendants.

No. C 13-03664 CRB

**JUDGMENT**

    Having granted Defendants' motion to dismiss, the Court hereby enters judgment for Defendants and against Plaintiffs.

    **IT IS SO ORDERED.**

Dated: November 8, 2013

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE