| | |
|---|---|
| STEPHEN P. BERZON (SBN 46540)<br>SCOTT A. KRONLAND (SBN 171693)<br>STACEY M. LEYTON (SBN 203827)<br>ERIC P. BROWN (SBN 284245)<br>Altshuler Berzon LLP<br>177 Post Street, Suite 300<br>San Francisco, CA 94108<br>Tel: (415) 421-7151<br>Fax: (415) 362-8064<br>E-mail: sberzon@altber.com<br>Attorneys for Defendants *City of Richmond*, *Richmond City Council*, *Mortgage Resolution Partners LLC* and *Gordian Sword LLC* | |
| BRUCE REED GOODMILLER (SBN 121491)<br>City Attorney<br>CARLOS A. PRIVAT (SBN 197534)<br>Assistant City Attorney<br>CITY OF RICHMOND<br>450 Civic Center Plaza<br>Richmond, CA 94804<br>Telephone: (510) 620-6509<br>Facsimile: (510) 620-6518<br>E-mail: bruce_goodmiller@ci.richmond.ca.us<br>Attorneys for Defendants *City of Richmond* and *Richmond City Council* | WILLIAM A. FALIK (SBN 53499)<br>100 Tunnel Rd<br>Berkeley, CA 94705<br>Tel: (510) 540-5960<br>Fax: (510) 704-8803<br>E-mail: billfalik@gmail.com<br>Attorney for Defendants<br>*Mortgage Resolution Partners LLC*<br>and *Gordian Sword LLC* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE BANK OF NEW YORK MELLON (f/k/a The Bank of New York) and THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. (f/k/a The Bank of New York Trust Company, N.A.), as Trustees; U.S. BANK NATIONAL ASSOCIATION, as Trustee; and WILMINGTON TRUST COMPANY and WILMINGTON TRUST, NATIONAL ASSOCIATION, as Trustees,<br><br>          Plaintiffs,<br>     v.<br><br>CITY OF RICHMOND, CALIFORNIA, a municipality; RICHMOND CITY COUNCIL; MORTGAGE RESOLUTION PARTNERS LLC, a Delaware limited liability company; and GORDIAN SWORD LLC, a Delaware limited liability company,<br><br>          Defendants. | Case No. CV-13-3664-CRB<br><br>**ORDER GRANTING *EX PARTE* MOTION TO CONTINUE HEARING AND REPLY BRIEF ON DEFENDANTS' MOTION FOR RULE 11 SANCTIONS**<br><br>Honorable Charles R. Breyer |

For good cause, the Court grants Defendants' *Ex Parte* Motion to Continue Hearing and Reply Brief on Defendants' Motion for Rule 11 Sanctions.  Defendant's reply brief will be due on December 20, 2013, and the hearing on the motion will be held on January 24, 2013.

IT IS SO ORDERED.

Dated:  November 19, 2013



_____
Honorable
United S