```
 1  MAYER BROWN LLP
    DONALD M. FALK (SBN 150256)
 2  dfalk@mayerbrown.com
    Two Palo Alto Square, Suite 300
 3  3000 El Camino Real
    Palo Alto, CA 94306-2112
 4  Tel: 650-331-2000
    Fax: 650-331-2060
 5
    BRONWYN F. POLLOCK (SBN 210912)
 6  bpollock@mayerbrown.com
    MICHAEL D. SHAPIRO (SBN 271912)
 7  mshapiro@mayerbrown.com
    350 S. Grand Ave., 25th Floor
    Los Angeles, CA 90071-1503
 8  Tel:  213-229-9500
    Fax: 213-625-0248
 9
    Attorneys for Plaintiffs
10  THE BANK OF NEW YORK MELLON
    (f/k/a The Bank of New York) and
11  THE BANK OF NEW YORK MELLON TRUST
    COMPANY, N.A. (f/k/a The Bank of New York Trust
12  Company, N.A.) as Trustees for the Trusts listed on
    Attachment A
13
    [Additional counsel listed on signature pages.]
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| THE BANK OF NEW YORK MELLON (f/k/a The Bank of New York) et al., | Case No. 3:13-cv-3664-CRB |
|---|---|
| Plaintiffs, | **JOINT NOTICE OF APPEAL** |
| v. | Honorable Charles R. Breyer |
| CITY OF RICHMOND, CALIFORNIA, a municipality; RICHMOND CITY COUNCIL; MORTGAGE RESOLUTION PARTNERS L.L.C., a Delaware limited liability company; and GORDIAN SWORD LLC, a Delaware limited liability company, | |
| Defendants. | |

Notice is hereby given that Plaintiffs The Bank of New York Mellon (f/k/a The Bank of New York); The Bank of New York Mellon Trust Company, N.A. (f/k/a The Bank of New York Trust Company, N.A.); U.S. Bank National Association; Wilmington Trust Company; and Wilmington Trust, National Association, each in their respective capacity as Trustees for the Trusts listed on Attachments A, B, and C, hereby appeal to the United States Court of Appeals for the Ninth Circuit from the final judgment entered in this action on the eighth day of November 2013.

Dated: December 9, 2013

Respectfully submitted,

MAYER BROWN LLP
DONALD M. FALK
BRONWYN F. POLLOCK
MICHAEL D. SHAPIRO


By: */s/ Bronwyn F. Pollock*
         Bronwyn F. Pollock
Attorneys for Plaintiffs
THE BANK OF NEW YORK MELLON
(f/k/a The Bank of New York) and
THE BANK OF NEW YORK MELLON TRUST
COMPANY, N.A.(f/k/a The Bank of New York
Trust Company, N.A.), as Trustees for the Trusts
listed on Attachment A

Dated: December 9, 2013

JONES DAY
BRIAN D. HERSHMAN (SBN 168175)
*bhershman@jonesday.com*
555 South Flower Street, 50th Floor
Los Angeles, CA 90071-2300
Tel: 213-489-3939
Fax: 213-243-2539

JONES DAY
MATTHEW A. MARTEL
(*pro hac vice*)
*mmartel@jonesday.com*
JOSEPH B. SCONYERS
(*pro hac vice*)
*jsconyers@jonesday.com*
100 High Street, 21st Floor
Boston, MA 02110
Telephone: 617-960-3939
Facsimile: 617-449-6999

1

By: /s/ Brian D. Hershman
    Brian D. Hershman
Attorneys for Plaintiff
U.S. BANK NATIONAL ASSOCIATION,
as Trustee for the Trusts listed on Attachment B

Dated:  December 9, 2013

ALSTON & BIRD LLP
KURT OSENBAUGH (SBN 106132)
*kurt.osenbaugh@alston.com*
WHITNEY CHELGREN (SBN 285362)
*whitney.chelgren@alston.com*
333 South Hope Street, Sixteenth Floor
Los Angeles, California 90071
Telephone:    213-576-1000
Facsimile:     213-576-1100


By: /s/ Kurt Osenbaugh
    Kurt Osenbaugh
Attorneys for Plaintiff
WILMINGTON TRUST COMPANY and
WILMINGTON TRUST, NATIONAL
ASSOCIATION, as Trustees for the Trusts listed
on Attachment C

## SIGNATURE ATTESTATION

I, Bronwyn F. Pollock, attest that the concurrence in the filing of this Joint Notice of Appeal has been obtained from Brian D. Hershman and Kurt Osenbaugh.

By: */s/ Bronwyn F. Pollock*
Bronwyn F. Pollock
Attorneys for Plaintiffs
THE BANK OF NEW YORK MELLON
(f/k/a The Bank of New York) and THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. (f/k/a The Bank of New York Trust Company, N.A.), as Trustees for the Trusts listed on Attachment A

# REPRESENTATION STATEMENT

Pursuant to Fed. R. App. P. 12(b) and Circuit Rule 3-2, this representation statement identifies all parties to the action along with the names, addresses, and telephone numbers of their respective counsel.

| PLAINTIFFS | |
|---|---|
| Party | Counsel |
| **The Bank of New York Mellon** (f/k/a The Bank of New York), as Trustee for the Trusts listed on Attachment A | MAYER BROWN LLP<br>DONALD M. FALK<br>dfalk@mayerbrown.com<br>Two Palo Alto Square, Suite 300<br>3000 El Camino Real<br>Palo Alto, CA 94306-2112<br>Tel: 650-331-2000<br>Fax: 650-331-2060<br><br>MAYER BROWN LLP<br>BRONWYN F. POLLOCK<br>bpollock@mayerbrown.com<br>MICHAEL D. SHAPIRO<br>mshapiro@mayerbrown.com<br>350 S. Grand Ave., 25th Floor<br>Los Angeles, CA 90071-1503<br>Tel: 213-229-9500<br>Fax: 213-625-0248 |
| **The Bank of New York Mellon Trust Company, N.A.** (f/k/a The Bank of New York Trust Company, N.A.), as Trustee for the Trusts listed on Attachment A | |
| **U.S. Bank National Association**, as Trustee for the Trusts listed on Attachment B | JONES DAY<br>BRIAN D. HERSHMAN<br>bhershman@jonesday.com<br>555 South Flower Street, 50th Floor<br>Los Angeles, CA 90071-2300<br>Tel: 213-489-3939<br>Fax: 213-243-2539<br><br>JONES DAY<br>MATTHEW A. MARTEL<br>mmartel@jonesday.com<br>JOSEPH B. SCONYERS<br>jsconyers@jonesday.com<br>100 High Street, 21st Floor<br>Boston, MA 02110<br>Telephone: 617-960-3939<br>Facsimile: 617-449-6999 |

| | |
|---|---|
| **Wilmington Trust Company**, as Trustee for the Trusts listed on Attachment C  **Wilmington Trust, National Association**, as Trustee for the Trusts listed on Attachment C | ALSTON & BIRD LLP  MICHAEL E. JOHNSON  *michael.johnson@alston.com*  90 Park Avenue  New York, NY 10016  Telephone: 212-210-9400  Facsimile: 212-210-9444  ALSTON & BIRD LLP  KURT OSENBAUGH  *kurt.osenbaugh@alston.com*  WHITNEY CHELGREN  *whitney.chelgren@alston.com*  333 South Hope Street, Sixteenth Floor  Los Angeles, California 90071  Telephone:   213-576-1000  Facsimile:    213-576-1100 |
| **DEFENDANTS** ||
| **City of Richmond, California**  **Richmond City Council** | ALTSHULER BERZON LLP  STEPHEN P. BERZON  SCOTT A. KRONLAND  STACEY M. LEYTON  ERIC P. BROWN  *sberzon@altber.com*  177 Post Street, Suite 300  San Francisco, CA 94108  Telephone: 415-421-7151  Facsimile:  415-362-8064  RICHMOND CITY ATTORNEY'S OFFICE  BRUCE R. GOODMILLER  CARLOS A. PRIVAT  *bruce_goodmiller@ci.richmond.ca.us*  City of Richmond  450 Civic Center Plaza  Richmond, CA 94804  Telephone: 510-620-6509  Facsimile:  510-620-6518 |

| | |
|---|---|
| **Mortgage Resolution Partners L.L.C.**<br><br>**Gordian Sword LLC** | ALTSHULER BERZON LLP<br>STEPHEN P. BERZON<br>SCOTT A. KRONLAND<br>STACEY M. LEYTON<br>ERIC P. BROWN<br>*sberzon@altber.com*<br>177 Post Street, Suite 300<br>San Francisco, CA 94108<br>Telephone: 415-421-7151<br>Facsimile:  415-362-8064<br><br>WILLIAM A. FALIK<br>*billfalik@gmail.com*<br>100 Tunnel Rd.<br>Berkeley, CA 94705<br>Telephone: 510-540-5960<br>Facsimile:  510-704-8803 |

6

JOINT NOTICE OF APPEAL; CASE NO. 13-cv-3664-CRB

# Attachment A

**Trusts For Which The Bank of New York Mellon, f/k/a The Bank of New York, is Trustee:**

| | | | | | |
|---|---|---|---|---|---|
| 1 | CHASE 2006-S2 | 29 | CWALT 2006-OA21 | 57 | CWL 2004-BC4 |
| 2 | CWALT 2004-14T2 | 30 | CWALT 2006-OC10 | 58 | CWL 2004-ECC1 |
| 3 | CWALT 2004-20T1 | 31 | CWALT 2006-OC8 | 59 | CWL 2005-17 |
| 4 | CWALT 2005-11CB | 32 | CWALT 2007-11T1 | 60 | CWL 2005-3 |
| 5 | CWALT 2005-16 | 33 | CWALT 2007-16CB | 61 | CWL 2005-4 |
| 6 | CWALT 2005-20CB | 34 | CWALT 2007-17CB | 62 | CWL 2005-AB4 |
| 7 | CWALT 2005-27 | 35 | CWALT 2007-4CB | 63 | CWL 2005-AB5 |
| 8 | CWALT 2005-3CB | 36 | CWALT 2007-8CB | 64 | CWL 2006-13 |
| 9 | CWALT 2005-43 | 37 | CWALT 2007-HY4 | 65 | CWL 2006-14 |
| 10 | CWALT 2005-51 | 38 | CWALT 2007-OH2 | 66 | CWL 2006-16 |
| 11 | CWALT 2005-56 | 39 | CWALT 2007-OH3 | 67 | CWL 2006-18 |
| 12 | CWALT 2005-58 | 40 | CWHL 2004-7 | 68 | CWL 2006-19 |
| 13 | CWALT 2005-62 | 41 | CWHL 2005-31 | 69 | CWL 2006-20 |
| 14 | CWALT 2005-63 | 42 | CWHL 2005-9 | 70 | CWL 2006-22 |
| 15 | CWALT 2005-71 | 43 | CWHL 2006-16 | 71 | CWL 2006-24 |
| 16 | CWALT 2005-76 | 44 | CWHL 2006-19 | 72 | CWL 2006-26 |
| 17 | CWALT 2006-33CB | 45 | CWHL 2006-20 | 73 | CWL 2006-3 |
| 18 | CWALT 2006-39CB | 46 | CWHL 2006-9 | 74 | CWL 2006-BC4 |
| 19 | CWALT 2006-42 | 47 | CWHL 2006-HYB1 | 75 | CWL 2007-13 |
| 20 | CWALT 2006-43CB | 48 | CWHL 2007-11 | 76 | CWL 2007-3 |
| 21 | CWALT 2006-6CB | 49 | CWHL 2007-12 | 77 | CWL 2007-5 |
| 22 | CWALT 2006-HY10 | 50 | CWHL 2007-15 | 78 | CWL 2007-7 |
| 23 | CWALT 2006-HY13 | 51 | CWHL 2007-2 | 79 | CWL 2007-8 |
| 24 | CWALT 2006-OA1 | 52 | CWHL 2007-7 | 80 | CWL 2007-BC3 |
| 25 | CWALT 2006-OA10 | 53 | CWHL 2007-HY6 | 81 | FHAMS 2005-FA9 |
| 26 | CWALT 2006-OA12 | 54 | CWHL 2007-HYB1 | 82 | FHAMS 2006-AA4 |
| 27 | CWALT 2006-OA17 | 55 | CWL 2003-5 | 83 | FHAMS 2006-FA4 |
| 28 | CWALT 2006-OA2 | 56 | CWL 2004-14 | | |

**Trusts For which the Bank of New York Mellon Trust Company, N.A., f/k/a The Bank of New York Trust Company, N.A., is Trustee:**

| | |
|---|---|
| 1 | CHASE 2007-A1 |
| 2 | CHASE 2007-S4 |

# Attachment B

## Trusts For Which U.S. Bank National Association is Trustee:

| | | | | | |
|---|---|---|---|---|---|
| 1 | ABSC 2004-HE5 | 41 | CSMC 2007-4 | 81 | MASTR ABS Trust 2004-WMC1 |
| 2 | ABSC 2004-HE10 | 42 | FFMLT 2006-FF2 | 82 | MASTR ABS 2005-HE1 |
| 3 | ABSC 2006-HE5 OOMC | 43 | FFMLT 2006-FF14 | 83 | MASTR ABS 2005-HE2 |
| 4 | ACE 01-HE1 | 44 | GPMF 2006-AR6 | 84 | MASTR 2006-NC2 |
| 5 | AHMIT 2005-4 | 45 | GPMF 2006-AR7 | 85 | MLMI 2005-A9 |
| 6 | Ameriquest 2001-2 | 46 | GPMF 2007-AR1 | 86 | MLMI 2006-SL1 |
| 7 | BAFC 2006-2 | 47 | GSAA 2006-3 | 87 | RALI 2006-QO2 |
| 8 | BAFC 2006-A | 48 | GSAA 2006-12 | 88 | RALI 2006-QS2 |
| 9 | BAFC 2006-D | 49 | GSAA 2007-1 | 89 | RAMP 2005-EFC5 |
| 10 | BAFC 2006-G | 50 | GSAA 2007-3 | 90 | RASC 2006-KS5 |
| 11 | BAFC 2006-J | 51 | GSR 2005-9F | 91 | RASC 2005-KS11 |
| 12 | BAFC 2007-C | 52 | GSR 2005-AR1 | 92 | RFMSI 2005-S5 |
| 13 | BART 2005-5 | 53 | GSR 2005-AR7 | 93 | RFMSI 2006-SA1 |
| 14 | BAYVIEW 2006-C | 54 | GSR 2006-2F | 94 | RFMSI 2007-S8 |
| 15 | BNC 2007-1 | 55 | GSR 2007-1F | 95 | SACO I 2005-WM1 |
| 16 | BNC 2007-2 | 56 | GSR 2007-4F | 96 | SAIL 2005-7 |
| 17 | BSABS 2004-FR1 | 57 | GSR 2007-5F | 97 | SAIL 2006-3 |
| 18 | BSABS 2004-HE1 | 58 | HarborView 2005-1 | 98 | SAIL 2006-BNC3 |
| 19 | BSABS 2004-HE5 | 59 | HarborView 2005-2 | 99 | SARM 2005-9 |
| 20 | BSABS 2006-IM1 | 60 | HarborView 2005-16 | 100 | SARM 2005-19XS |
| 21 | Chevy Chase 2005-C | 61 | HarborView 2006-1 | 101 | SARM 2005-22 |
| 22 | Chevy Chase 2006-2 | 62 | HarborView 2006-4 | 102 | SARM 2005-23 |
| 23 | CMALT 2007-A1 | 63 | JPMAC 2005-OPT1 | 103 | SARM 2007-8 |
| 24 | CMALT 2007-A3 | 64 | JPMAC 2005-OPT2 | 104 | SASCO 2006-BC2 |
| 25 | CMALT 2007-A6 | 65 | JPMAC 2006-CH2 | 105 | SASCO 2006-NC1 |
| 26 | CMLTI 2005-8 | 66 | Luminent 2005-1 | 106 | SASCO 2006-WF2 |
| 27 | CMLTI 2006-AR1 | 67 | LXS 2005-5N | 107 | SASCO 2006-WF3 |
| 28 | CMLTI 2006-HE3 | 68 | LXS 2005-7N | 108 | SASCO 2007-BC3 |
| 29 | CMLTI 2006-WF1 | 69 | LXS 2005-9N | 109 | SASCO 2007-BC4 |
| 30 | CMLTI 2006-WF2 | 70 | LXS 2006-4N | 110 | SASCO 2007-BNC1 |
| 31 | CMLTI 2007-10 | 71 | LXS 2006-16N | 111 | SASCO 2007-WF2 |
| 32 | CMLTI 2007-AR8 | 72 | LXS 2006-GP3 | 112 | TMST 2006-4 |
| 33 | CSFB 2005-4 | 73 | LXS 2007-15N | 113 | TMST 2006-5 |
| 34 | CSFB HEAT 2005-8 | 74 | LXS 2007-16N | 114 | Terwin Mortgage Trust 2004-16SL |
| 35 | CSFB MBS 2002-26 | 75 | LXS 2007-18N | 115 | Terwin Mortgage Trust 2004-18SL |
| 36 | CSFB MBS 2003-AR28 | 76 | LXS 2007-2N | 116 | WFMBS 2006-2 |
| 37 | CSFB MBS 2004-AR7 | 77 | LXS 2007-4N | 117 | WFMBS 2006-AR1 |
| 38 | CSFB MBS 2005-2 | 78 | LXS 2007-7N | 118 | WFMBS 2006-AR2 |
| 39 | CSFBMSC HEAT 2007-2 | 79 | MARM 2007-1 | | |
| 40 | CSMC 2006-1 | 80 | MARM 2007-3 | | |

# Attachment C

**Trusts For Which Wilmington Trust Company is Trustee**:

| 1 | SASCO 2005-4XS |
|---|---|
| 2 | Morgan Stanley Mortgage Loan Trust 2007-15AR |

**Trusts For Which Wilmington Trust, National Association is Trustee**:

| 1 | SASCO 2005-10 |
|---|---|
| 2 | Lehman XS 2005-08 |
| 3 | Lehman XS 2006-17 |
| 4 | SAMI II 2007-AR5 |
| 5 | BSALTA 2006-7 |
| 6 | BSARM 2007-2 |
| 7 | BSARM 2007-4 |